UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCES BATES and
JIMMIE BATES,

                              NO. CIV. S-08-1229 LKK/JFM

      Plaintiffs,

  v.

KABOOM, ORANGE GLO
INTERNATIONAL, INC.,
CHURCH & DWIGHT CO., INC.,                O R D E R
and DOES 1 through 50,
inclusive,

      Defendants.
_____/

    Pending before the court is the parties' stipulation to modify the Scheduling Order to extend certain pre-trial deadlines. As the court explained at the scheduling conference and as is provided in the Scheduling Order, the Order may only be modified upon a showing of good cause. That showing has not been made here. From all that appears, the matters set by the parties were the result of a failure to schedule earlier. Accordingly, the request to modify the Scheduling Order is DENIED. The parties are, of course, free

1

1  to enter into any agreement that they would like, but it will not
2  be enforced by the court.
3       IT IS SO ORDERED.
4       DATED:  June 18, 2009.

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT